BARBARA JEAN VEGA, APPELLEE, V. VICTOR ORLANDO VEGA,
APPELLANT.
408 N.W.2d 309

Filed July 2, 1987.   No. 85-833.

Marianne Clare Vainiunas and Gary B. Randall of Marks, Clare, Hopkins, Rauth, Cuddigan, Offner & Watson, for appellant.

John C. Hurd of Wolfe, Hurd, Rierden & Luers, for appellee.

Ken Dudek, for amicus curiae Nebraska Civil Liberties Union Foundation.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

The respondent husband, Victor Orlando Vega, has appealed from the order of the district court, which modified the parties' decree of dissolution as to visitation. Having reviewed the record de novo as we are required to do, we conclude the trial court did not abuse its discretion in regard to setting the visitation allowed the appellant. Accordingly, the judgment of the district court is affirmed.

AFFIRMED.